IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANGELA S GOLISH,

    Plaintiff,

       v.

GENERAL MOTORS LLC, *a foreign liability company*,

    Defendant.

Case No. 16-cv-1181 JPG/SCW

## ORDER

The undersigned Judge hereby recuses himself in the above-entitled action and the Clerk is directed to reassign this case by random draw. Upon random draw, this case has been reassigned to United States District Judge David R. Herndon. All future filings in this case shall bear the case number 16-cv-1181 DRH/SCW.

**IT IS SO ORDERED.**
**DATED: October 28, 2016**

                              *s/ J. Phil Gilbert*
                              **UNITED STATES DISTRICT JUDGE**